IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00232-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARIEL MARTINEZ-MARTINEZ,
    a.k.a. Benito Ariel Martinez-Martinez,
    a.k.a. Carlos Garcia,

    Defendant.

___

### ORDER SETTING TRIAL DATES AND DEADLINES
___

This matter has been scheduled for a **one-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **July 29, 2013 at 9:00 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **July 1, 2013** and responses to these motions shall be filed by **July 11, 2013**. It is further

ORDERED that a Trial Preparation Conference is set for **July 22, 2013 at 10:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED: June 13, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge