IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00232-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ARIEL MARTINEZ-MARTINEZ,
*a.k.a. Benito Ariel Martinez-Martinez,*
*a.k.a. Carlos Garcia,*

    Defendant.

___

**ORDER**
___

In response to the Notice of Disposition [13], it is ORDERED that counsel shall contact Chambers *via* conference call (303-335-2784) no later than July 8, 2013 to set this matter for a Change of Plea Hearing.

DATED: June 28, 2013.

    BY THE COURT:

    _/s/ Raymond P. Moore_____
    RAYMOND P. MOORE
    United States District Judge